ALEXANDER L. BRAINERD (Bar No. 42722)
KEITH R. WEED (Bar No. 95563)
LESLIE F. BROWN (Bar No. 209292)
DUANE D. B. NASH (Bar No. 220785)
HELLER EHRMAN LLP
333 Bush Street, 30th Floor
San Francisco, CA 94104
Telephone:    (415) 772-6000
Facsimile:     (415) 772-6268
alexander.brainerd@hellerehrman.com

Attorneys for Plaintiff
QUESTRA CORPORATION

Additional counsel listed on signature page

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| QUESTRA CORPORATION,<br><br>                              Plaintiff,<br><br>         v.<br><br>AXEDA SYSTEMS INC., AXEDA SYSTEMS OPERATING COMPANY, INC.,<br><br>                              Defendants. | Case No.:  C 04-04738 CW<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ALL CLAIMS** |

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and an agreement settling disputes between Questra Corporation ("Questra") and Axeda Systems Inc. and Axeda Systems Operating Company (collectively, "Axeda"), Questra and Axeda hereby agree and request that all of Questra's claims in this action as against Axeda be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

DATED: September 20, 2005         HELLER EHRMAN LLP

                                  By     /s/ Alexander L. Brainerd
                                       ALEXANDER L. BRAINERD

                                  Attorneys for Plaintiff
                                  QUESTRA CORPORATION


DATED: September 20, 2005         FISH & RICHARDSON PC

                                  By     /s/ Lawrence K. Kolodney
                                       LAWRENCE K. KOLODNEY

                                  Attorneys for Defendants
                                  AXEDA SYSTEMS INC.
                                  AXEDA SYSTEMS OPERATING COMPANY, INC.


IT IS SO ORDERED.

                                  /s/ CLAUDIA WILKEN

Dated: September 21, 2005         _____
                                  CLAUDIA WILKEN
                                  United States District Judge
                                  for the Northern District of California

1
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ALL CLAIMS - CASE N0. C04-04738 CW